IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETSY G. BENNER** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-1748** |
| : | |
| **CRAFT REVOLUTION, LLC d/b/a** : | |
| **ARTISANAL BREWING VENTURES** : | |
| **and VICTORY BREWING CO., LLC** : | |

### ORDER

This 13th day of July, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint, ECF 12, is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge